FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 21, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MURPHY RICHARD,<br><br>                    Plaintiff,<br><br>     v.<br><br>DAY & ZIMMERMANN INTERNATIONAL, INC., a foreign corporation; DAY & ZIMMERMANN NPS, INC., a foreign corporation; and DAY & ZIMMERMANN GROUP, INC.,<br><br>                    Defendants. | CASE NO: 4:26-CV-5105-TOR<br><br>**ORDER DIRECTING PARTIES TO FILE A RULE 26 JOINT STATUS REPORT** |

Rule 26(d)(1) prohibits a party from seeking discovery from any source before the parties have had their Rule 26(f) conference.  The parties shall make their Rule 26(a)(1) initial disclosures at or within 14 days after this Rule 26(f) conference.

To ensure that discovery and trial preparation advances efficiently, the parties shall discuss each and every one of the following subjects during the Rule 26(f) conference and then file a combined report addressing **each one of these subjects** no later than **August 28, 2026**.

    a.  whether jurisdiction and venue exist and, if they do exist, the basis for each;

ORDER DIRECTING PARTIES TO FILE A RULE 26 JOINT STATUS REPORT - 1

b.  whether service of process is complete and, if not, a deadline for completion;

c.  a brief description of the claims and defenses;

d.  whether a statute's constitutionality is being challenged, see Fed. R. Civ. P. 5.1, and whether the required notice has been provided;

e.  whether any issues should be certified to a state supreme court;

f.  suggested deadline[1] for adding additional parties, amending the pleadings, and seeking class certification;

g.  whether all non-government corporate parties have filed the necessary ownership statement, see Fed. R. Civ. P. 7.1;

h.  whether the case involves a minor or incompetent party and whether the appointment of a guardian *ad litem* is necessary, see LCivR 17(c);

i.  discovery:
- confirmation that initial disclosures, see Fed. R. Civ. P. 26(a)(1), will be accomplished by the time of the hearing;
- subjects on which discovery may be needed;
- any issues about preserving discoverable information, including electronically stored information;
- claims of privilege, protection of confidentiality, and proposed confidentiality agreements;
- proposed agreements reached under Fed. R. Evid. 502;
- proposed modifications to the standard discovery procedures, including bifurcation and/or consolidation of discovery, or an increase in the allowed number of depositions (10), interrogatories (25), requests for production (30), or requests for admission (15);
- suggested expert disclosure deadlines; and
- suggested discovery cut-off;

j.  anticipated motions and suggested dispositive motion filing deadlines;

---

[1] All suggested deadlines shall be provided in a date certain format, *e.g. January 1, 2024.*

ORDER DIRECTING PARTIES TO FILE A RULE 26 JOINT STATUS REPORT - 2

    k. trial:
- whether a jury has been requested. In cases removed from state court in which a party desires a jury trial, <u>a jury demand must be filed within 30 days after removal, see LCivR 38(d)</u>;
- suggested trial date(s) and location;
- anticipated length of trial;
- requests for bifurcation; and
- the need for special audio/visual courtroom technology;

    l. the likelihood for settlement and the point at which the parties can conduct meaningful dispute resolution, and

    m. any other matters that may be conducive to the just, speedy, and inexpensive determination of the action.

    If the parties would like to request a Scheduling Conference be set by the Court, you may do so by contacting my Courtroom Deputy, Lee Reams, at lee_reams@waed.uscourts.gov, no later than **August 28, 2026**.

DATED July 21, 2026.



                THOMAS O. RICE
          United States District Judge

ORDER DIRECTING PARTIES TO FILE A RULE 26 JOINT STATUS REPORT - 3